

# Exhibit 2

Fang, Cui <cfang@umes.edu>

---

## New Candidates

1 message

---

**aazemi@umes.edu** <aazemi@umes.edu>  
To: "Fotouhi, Kenny" <mfotouhi@umes.edu>  
Cc: "Fang, Cui" <cfang@umes.edu>, "Elobaid, Muna" <meelobaid@umes.edu>, jmtomlinson@umes.edu, "Zhang, Jun" <jzhang@umes.edu>

Wed, Mar 27, 2024 at 2:56 PM

Dear Dr. Fotouhi,

I appreciate your committee's commitment to identifying the list of top interview candidates. From the chart you forwarded me, scores for candidates ranked 5-7 are very close. Also, we only have one female candidate in the pool. I reviewed the others and identified one more candidate I would like to add to the list of interviewees, Dr. Yeganeh Madadi. This will change the list of people considered from 5 to 8. Please contact these folks and schedule a Zoom/Google interview as soon as possible, preferably starting Thursday or Friday so that we can bring the top candidates for on-campus interviews the second-third week of April. I know that I am asking for full speed at very short notice, but as you know, time is not on our side. I appreciate everybody's consideration and collaboration.

Best,

Asad

**Asad Azemi, Ph.D.**

**Professor and Chair, Computer Science and Engineering Technology Department**

**University of Maryland Eastern Shore**

**UMES** | EASC | 30925 College Backbone Road | Princess Anne, MD 21853

Phone: 410-651-6422 (CSET Office); 410-621-2961 (Direct)

Email: aazemi@umes.edu;