# Exhibit 3



# UNIVERSITY of MARYLAND EASTERN SHORE

## DIVISION of ACADEMIC AFFAIRS
### School of Business and Technology
*Department of Computer Science and Engineering Technology*

Dear Dr. Azemi

Attached please find a table of scores each committee member given of candidates who applied in recent months after November 26, 2023 scores for your review and reference.
I arranged for a virtual meeting with committee members on last Friday march 25, 2024, also I requested each committee member to provide me with their comments by email up by 5:00 PM today march 25, 2024.

    I have not received any objection to recommend to you with the top five candidates based on their scores for your consideration. Due to shortage of time and also it is hard to find right candidates who could covers the department's needs in regards to teaching courses and conduct research in area of their expertise in this very competitive market specially candidates who may have many options.

    We would like to request your inputs, directives, and your decision in timely manner so we could have a virtual interview first ASAP and later for the on-campus interviews.
The top five candidates with highest scores are as follow:
1. Ms. Jasmine Berry
2. Sm Zobaed
3. Lei Zhang
4. Md Chewdhury
5. Fifan Zhang

Your consideration on this important mater is greatly appreciated.

Kenny Fotouhi

| | Signature | Date |
|---|---|---|
| Cui Fang | *Cui Fang* | 03 / 26 / 2024 |
| Muna Elobaid | *Muna* | 03 / 26 / 2024 |
| Joel Tomlinson | *Joel Tomlinson* | 03 / 27 / 2024 |
| ✷ Jun Zhang | | |
| Kenny Fotouhi | *Kenny F* | 3/27/2024 |
| Asad Azemi | *Asad Azemi* | 3/27/2024 |

Dr. Zhang is sick
He viewed the document on 10:55 on 3/27/24

Summary of Applicants scores

| Name | Comm#1 | Comm#2 | Comm#3 | Comm#4 | Comm#5 | Total |
|---|---|---|---|---|---|---|
| Soomro | 19 | 21 | 20 | 20 | 24 | 104 |
| Shah | 27 | 11 | 22 | 16 | 23 | 99 |
| Batatude | 18 | 14 | 20 | 17 | 24 | 93 |
| Chowdhury | 18 | 14 | 24 | 24 | 26 | 106 |
| Sharmin | 18 | 12 | 20 | 20 | 23 | 93 |
| Lei Zhang | 22 | 11 | 24 | 26 | 31 | 114 |
| Bapatal | 28 | 9 | 24 | 18 | 24 | 103 |
| Rahbari | 18 | 14 | 18 | 29 | 14 | 93 |
| Kumar | 21 | 11 | 16 | 18 | 21 | 87 |
| Nidhi Lal | 20 | 13 | 12 | 19 | 20 | 84 |
| Bui | 25 | 9 | 10 | 17 | 23 | 84 |
| Madadi | 13 | 13 | 17 | 28 | 16 | 87 |
| Alnife | 18 | 5 | 9 | 18 | 16 | 66 |
| Zobaed | 26 | 12 | 24 | 28 | 26 | 116 |
| Lain Zhang | 22 | 8 | 20 | 14 | 23 | 87 |
| Sood | 16 | 8 | 21 | 18 | 14 | 77 |
| Gilani | 10 | 8 | 11 | 18 | 21 | 68 |
| Jasm Berry | 24 | 11 | 29 | 32 | 25 | 121 |
| Yif Zhang | 27 | 11 | 16 | 20 | 31 | 105 |



Fotouhi, Kenny <mfotouhi@umes.edu>

## Jun Zhang has viewed Letter to Dr. Azemi-candidates-
1 message

Dropbox Sign <noreply@mail.hellosign.com>  Wed, Mar 27, 2024 at 10:55 AM
Reply-To: Dropbox Sign <noreply@hellosign.com>
To: mfotouhi@umes.edu

**Dropbox** Sign

Dr. Zhang is sick and could not sign the document.

K.F.

**✕ Dropbox** Sign                                                                                                          Audit trail

| | |
|---|---|
| Title | Letter to Dr. Azemi-candidates- |
| File name | Letter_to_Dr._Azemi-candidates-.doc |
| Document ID | 1c63e58daa28e2b1ae2801865414c7a216c74bf8 |
| Audit trail date format | MM / DD / YYYY |
| Status | ○ Pending signature |

## Document History

| | | |
|---|---|---|
| 👁 VIEWED | 03 / 27 / 2024<br>04:12:16 UTC | Viewed by Joel Tomlinson (jmtomlinson@umes.edu)<br>IP: 73.191.3.107 |
| ✍ SIGNED | 03 / 27 / 2024<br>04:12:53 UTC | Signed by Joel Tomlinson (jmtomlinson@umes.edu)<br>IP: 73.191.3.107 |
| ⊖ INCOMPLETE | 03 / 27 / 2024<br>04:12:53 UTC | This document has not been fully executed by all signers. |

Powered by ✕ Dropbox Sign



# Your document has been viewed

DOCUMENT

Letter to Dr. Azemi-candidates-

RECIPIENT

Jun Zhang (jzhang@umes.edu)

We'll let you know as soon as they sign it.

Thanks,
The Dropbox Sign team



Fotouhi, Kenny <mfotouhi@umes.edu>

## Jun Zhang has viewed Letter to Dr. Azemi-candidates-

1 message

**Dropbox Sign** <noreply@mail.hellosign.com>  Wed, Mar 27, 2024 at 10:55 AM
Reply-To: Dropbox Sign <noreply@hellosign.com>
To: mfotouhi@umes.edu

**✖ Dropbox** Sign

Dr. Zhang is sick and could not sign the document.

K. F.