

Fang, Cui <cfang@umes.edu>

# EXHIBIT 4

## Classes
11 messages

---

**Ngonte, Sandra** <sandra...@umes.edu>   Thu, Feb 1, 2024 at 10:43 AM
To: Asad Azemi <aazemi@umes.edu>, Cui Fang <cfang@umes.edu>

Good morning Ms. Fang, I was told to reach out to you for assistance. I missed out on CSDP 221 final last semester because of health and unforeseen circumstances, I was told I could take the final now so I can enroll in other computer classes. I already took all other classes which doesn't require CSDP 221 as a prerequisite. Please Ms. Fang I'll appreciate it if you get back to me. Have a great day.

---

**Ngonte, Sandra** <sandra...@umes.edu>   Thu, Feb 1, 2024 at 1:56 PM
To: Asad Azemi <aazemi@umes.edu>, Cui Fang <cfang@umes.edu>

Good day Ms. Fang please I need a reply from you to move forward. Please can I take the final on Monday, so I could use this weekend to go through the course work.

[Quoted text hidden]

---

**Fang, Cui** <cfang@umes.edu>   Fri, Feb 2, 2024 at 8:54 AM
To: "Ngonte, Sandra" <sandra...@umes.edu>
Cc: Asad Azemi <aazemi@umes.edu>

Hi Sandra,

To the best of my knowledge, UMES policy does not allow for the retake of a final exam once the grades have been posted online.

Cui Fang
Computer Science
Department of Computer Science and Engineering Technology
University of Maryland Eastern Shore
Princess Anne, MD 21853
Email: cfang@umes.edu

[Quoted text hidden]

---

**aazemi@umes.edu** <aazemi@umes.edu>   Fri, Feb 2, 2024 at 9:55 AM
To: "Fang, Cui" <cfang@umes.edu>, "Ngonte, Sandra" <sandra...@umes.edu>

Sandra,

Can you produce relevant documents regarding your help issue that caused you missing the final exam?

**Asad Azemi, Ph.D.**

**Professor and Chair, Computer Science and Engineering Technology Department**

**University of Maryland Eastern Shore**

**UMES** | EASC | 30925 College Backbone Road | Princess Anne, MD 21853

*Phone: 410-651-6422 (CSET Office)*

*Email: aazemi@umes.edu;*

[Quoted text hidden]

---

**aazemi@umes.edu** <aazemi@umes.edu>  
To: "Fang, Cui" <cfang@umes.edu>

Fri, Feb 2, 2024 at 9:58 AM

Ms. Fang,

Let me know if Sandra was passing the course before the final. We can help by giving her the final and processing a change of grade.

**Asad Azemi, Ph.D.**

**Professor and Chair, Computer Science and Engineering Technology Department**

**University of Maryland Eastern Shore**

**UMES** | EASC | 30925 College Backbone Road | Princess Anne, MD 21853

*Phone: 410-651-6422 (CSET Office)*

*Email: aazemi@umes.edu;*

**From:** Fang, Cui <cfang@umes.edu>
**Sent:** Friday, February 2, 2024 8:54 AM
**To:** ▮▮▮▮ Sandr▮▮▮▮▮▮▮▮@umes.edu>
**Cc:** Asad Azemi <aazemi@umes.edu>
**Subject:** Re: Classes

Hi Sandra,

[Quoted text hidden]
[Quoted text hidden]

---

**▮▮▮, Sandra ▮▮▮▮▮▮@umes.edu>**  Fri, Feb 2, 2024 at 10:51 AM
To: aazemi@umes.edu
Cc: "Fang, Cui" <cfang@umes.edu>

Yes, I will do that.
[Quoted text hidden]

📎 **Doctor work note pdf.docx**
78K

---

**Fang, Cui** <cfang@umes.edu>  Fri, Feb 2, 2024 at 11:19 AM
To: aazemi@umes.edu

Hi Dr. Azemi,

Sandra had missed a lot of assignments, quizzes, daily-code practices and she only got '18.69%' before the Final Exam.

Cui Fang
Computer Science
Department of Computer Science and Engineering Technology
University of Maryland Eastern Shore
Princess Anne, MD 21853
Email: cfang@umes.edu

[Quoted text hidden]

---

**Asad Azemi** <aazemi@umes.edu>  Fri, Feb 2, 2024 at 11:39 AM
To: ▮▮▮▮ Sandra" ▮▮▮▮▮@umes.edu>
Cc: "Fang, Cui" <cfang@umes.edu>

Sandra,

We may accommodate you by giving you a chance to take the final exam, but from what I was given, that may not be enough for you to pass the course. Your overall before the final is 20%. I suggest you enroll in CSDP 221 this semester and build a stronger programming background.

**Asad Azemi, Ph.D.**
**Professor and Chair, Computer Science and Engineering Technology Department**
**University of Maryland Eastern Shore**

**UMES** I EASC I 30925 College Backbone Road I Princess Anne, MD 21853

Phone: 410-651-6422 (CSET Office), 410-621-2961 (Direct)

Email: aazemi@umes.edu;

---

**From:** Ngante, Sandra <snngante@umes.edu>
**Sent:** Friday, February 2, 2024 11:51:06 AM
**To:** aazemi@umes.edu <aazemi@umes.edu>
**Cc:** Fang, Cui <cfang@umes.edu>
**Subject:** Re: Classes

[Quoted text hidden]

---

█████, Sandra █████@umes.edu>    Fri, Feb 2, 2024 at 1:37 PM
To: Asad Azemi <aazemi@umes.edu>, Cui Fang <cfang@umes.edu>

Good day Ms. Fang
   Please what and how can I clear the existing discrepancy in my current grade so I move forward. I'm not enrolled in any class at all now, because of this situation. I ready to work hand in hand .

On Fri, Feb 2, 2024 at 12:44 PM Asad Azemi <aazemi@umes.edu> wrote:
> Sandra,
>
> Your percentage does not match what Ms. Fang has provided me. She indicated that you missed a number of assignments and your overall is only 20%. Even if you get 100% in your final your grade will not help you pass the course. If you can clear the existing discrepancy in your current grade with Ms. Fang, I will support your request. I want to make sure that your effort is fruitful.
>
> **Asad Azemi, Ph.D.**
> **Professor and Chair, Computer Science and Engineering Technology Department**
> **University of Maryland Eastern Shore**
>
> **UMES** I EASC I 30925 College Backbone Road I Princess Anne, MD 21853
>
> Phone: 410-651-6422 (CSET Office), 410-621-2961 (Direct)
>
> Email: aazemi@umes.edu;

**From:** ▓▓▓, Sandra <▓▓▓@umes.edu>
**Sent:** Friday, February 2, 2024 12:57:57 PM
**To:** Asad Azemi <aazemi@umes.edu>
**Subject:** Re: Classes

Dr. Azemi thank you for all this information, but also last semester was my second time taking CSDP 221 and I was so close to passing the course with about 67%. I would have done great last fall, I didn't because of the accident which was unfortunate. Please let me try atleast , I'm definitely familiar with all of the course material after taking it for 2 semesters. Also, I can't enroll into any of my classes without 221 this semester. I'm stocked, and I'm an international student, I need to be a full time Student to be legal here in the states. Please I'm pleading.

[Quoted text hidden]

---

**Fang, Cui** <cfang@umes.edu>                                        Fri, Feb 2, 2024 at 1:53 PM
To: ▓▓▓, Sandra" <▓▓▓@umes.edu>
Cc: Asad Azemi <aazemi@umes.edu>

Hi Sandra,

You missed 4 projects, 4 exercises, 5 quizzes and almost the all semester daily code practices. You can check all these details on your Canvas to find out why you only got 'F' for CSDP 222 in Fall 2023.

Cui Fang
Computer Science
Department of Computer Science and Engineering Technology
University of Maryland Eastern Shore
Princess Anne, MD 21853
Email: cfang@umes.edu

[Quoted text hidden]

---

**Fang, Cui** <cfang@umes.edu>                                        Mon, Feb 5, 2024 at 4:01 PM
To: aazemi@umes.edu

Hi Dr. Azemi,

I attached Sandra's all grade records to this email. Nothing shown that she got 69% from my section.

Case 1:25-cv-02768-ABA    Document 1-7    Filed 08/22/25    Page 6 of 6



Cui Fang
Computer Science
Department of Computer Science and Engineering Technology
University of Maryland Eastern Shore
Princess Anne, MD 21853
Email: cfang@umes.edu

[Quoted text hidden]