

# EXHIBIT 5

Fang, Cui <cfang@umes.edu>

## Fwd: Excellent Faculty
3 messages

---

**Matin, Payam** <phmatin@umes.edu>   Fri, Sep 30, 2022 at 11:14 AM
To: "Zhang, Jun" <jzhang@umes.edu>, Abuobida Osman <aeosman@umes.edu>, Rakesh Sharma <rsharma@umes.edu>, Weiwei Zhu-Stone <wzhu@umes.edu>, Elhibir Abusin <emabusin@umes.edu>, "Fang, Cui" <cfang@umes.edu>

I forgot to include Ms. Fang on the original note. So, I am forwarding my original email to you again. Thanks.

Regards
Payam

---

Payam Matin, Ph.D.
Professor and Acting Chair
Department of Computer Science and Engineering Technology
University of Maryland Eastern Shore

Email: phmatin@umes.edu
Phone: 410-621-3020

University of Maryland Eastern Shore
Engineering and Aviation Sciences Complex
30925 College Backbone Road, Princess Anne, MD 21853


---------- Forwarded message ----------
From: **Lyerly, Adrienne** <aclyerly@umes.edu>
Date: Fri, Sep 30, 2022 at 11:08 AM
Subject: Re: Excellent Faculty
To: Matin, Payam <phmatin@umes.edu>
Cc: Zhang, Jun <jzhang@umes.edu>, Abuobida Osman <aeosman@umes.edu>, Rakesh Sharma <rsharma@umes.edu>, Weiwei Zhu-Stone <wzhu@umes.edu>, Elhibir Abusin <emabusin@umes.edu>, Kenny Fotouhi <mfotouhi@umes.edu>, Tomlinson, Joel <jmtomlinson@umes.edu>, Elobaid, Muna <meelobaid@umes.edu>, Etahe Johnson <ejohnson2@umes.edu>

Dr. Zhu-Stone and Ms. Fang,

Way to go! You two deserve it. Thank you for setting a positive example.

*Adrienne C. Lyerly*

*Administrative Assistant*
*Department of Computer Science and Engineering Technology*
*University of Maryland Eastern Shore*
*Princess Anne MD 21853*
*EASC Room # 2032*
*P: 410-651-6422*
*F: 410-651-7373*
*E: ACLyerly@umes.edu*

On Fri, Sep 30, 2022 at 11:00 AM Matin, Payam <phmatin@umes.edu> wrote:
> Colleagues,
>
> I was informed that Dr. Zhu-Stone and Ms. Fang were recognized as excellent faculty based on UMES students' surveys. These two faculty members were among 25 UMES faculty who were recognized as excellent faculty. Please join me in congratulating Dr. Zhu-Stone and Ms. Fang. Thank you.
>
> Regards
> Payam
> --------------------------------------------------------------------------------
> Payam Matin, Ph.D.
> Professor and Acting Chair
> Department of Computer Science and Engineering Technology
> University of Maryland Eastern Shore
>
> Email: phmatin@umes.edu
> Phone: 410-621-3020
>
> University of Maryland Eastern Shore
> Engineering and Aviation Sciences Complex
> 30925 College Backbone Road, Princess Anne, MD 21853

---

**Zhang, Jun** <jzhang@umes.edu>                                                                Fri, Sep 30, 2022 at 12:00 PM
To: "Elobaid, Muna" <meelobaid@umes.edu>
Cc: "Matin, Payam" <phmatin@umes.edu>, Abuobida Osman <aeosman@umes.edu>, Rakesh Sharma <rsharma@umes.edu>, Weiwei Zhu-Stone <wzhu@umes.edu>, Elhibir Abusin <emabusin@umes.edu>, Kenny Fotouhi <mfotouhi@umes.edu>, "Tomlinson, Joel" <jmtomlinson@umes.edu>, Adrienne Lyerly <aclyerly@umes.edu>, Etahe Johnson <ejohnson2@umes.edu>, Cui Fang <cfang@umes.edu>, Jun Zhang <jzhang@umes.edu>

Many Congratulations for both !!!

On Fri, Sep 30, 2022 at 11:21 AM Elobaid, Muna <meelobaid@umes.edu> wrote:
>
> Warmest congratulations on your achievement
>
> On Fri, Sep 30, 2022 at 11:00 AM Matin, Payam <phmatin@umes.edu> wrote:
>>
>> Colleagues,

```
>>
>> I was informed that Dr. Zhu-Stone and Ms. Fang were recognized as excellent faculty based on UMES students' surveys. These two faculty members were among 25 UMES faculty who were recognized as excellent faculty. Please join me in congratulating Dr. Zhu-Stone and Ms. Fang. Thank you.
>>
>> Regards
>> Payam
>> --------------------------------------------------------------------------------
>> Payam Matin, Ph.D.
>> Professor and Acting Chair
>> Department of Computer Science and Engineering Technology
>> University of Maryland Eastern Shore
>>
>> Email: phmatin@umes.edu
>> Phone: 410-621-3020
>>
>> University of Maryland Eastern Shore
>> Engineering and Aviation Sciences Complex
>> 30925 College Backbone Road, Princess Anne, MD 21853
>>
>
>
> --
>
> Muna Elobaid
> Computer Science Lab Specialist
> Microsoft Certified Trainer & Visiting Lecturer
>
> Department of Computer Science and Engineering Technology
> University of Maryland Eastern Shore
> Princess Anne MD 21853
> EASC Room #3081 Office: (410) 621-2993
> Fax: (410) 651-7829
>
> Email: meelobaid@umes.edu
```

---

**Osman, Abuobida** <aeosman@umes.edu>  Fri, Sep 30, 2022 at 12:17 PM
To: "Zhang, Jun" <jzhang@umes.edu>, Abuobida Osman <aeosman@umes.edu>
Cc: "Elobaid, Muna" <meelobaid@umes.edu>, "Matin, Payam" <phmatin@umes.edu>, Rakesh Sharma <rsharma@umes.edu>, Weiwei Zhu-Stone <wzhu@umes.edu>, Elhibir Abusin <emabusin@umes.edu>, Kenny Fotouhi <mfotouhi@umes.edu>, "Tomlinson, Joel" <jmtomlinson@umes.edu>, Adrienne Lyerly <aclyerly@umes.edu>, Etahe Johnson <ejohnson2@umes.edu>, Cui Fang <cfang@umes.edu>

Great job. Up Up
Congratulations.
*Abuobida Osman*
*Computer Science & Engineering Technology Department*
*University of Maryland Eastern Shore*
*Office 2049 - Complex EACM*
*Office: 410-621-3680*

*Fax: 410-651-7673*
*aeosman@umes.edu*

[Quoted text hidden]