# EXHIBIT 6

 Outlook

**Change of Grade Form - ████████7421 - Signature requested by Katharine Whalley**

**From** Katharine Whalley <noreply@mail.hellosign.com>
**Date** Thu 9/5/2024 3:24 PM
**To** Fang, Cui <cfang@umes.edu>

ACTION REQUESTED

## Katharine Whalley (kmwhalley@umes.edu) has requested a signature

Review & sign

If you are not the authorized signer for this document, you can reassign to someone else. Please do not forward this email.

Document
Change of Grade Form - ████████7421

Message from Katharine Whalley (kmwhalley@umes.edu)

Reply to sender

Thanks,
The Dropbox Sign team

☐ Warning: To prevent others from accessing your document, please do not forward this email.

Report abuse