**Re:Response to Formal Complaint: Professor Fang**

# EXHIBIT 7

"房萃" <catherinefangcui@163.com>

To:  "Denise Wilkerson" <dwilkerson@usmd.edu>

Cc:  goodenlr@aol.com, geoff@cgagroup.com, rhur@kslaw.com, yneuberger@gmail.com, wtwood@woodlawoffices.net, operakids@aol.com, dmirani@umd.edu, mgourdine@umm.edu, kevin.atticks@maryland.gov, Anwer.Hasan@wsp.com, ssibel@cavesvalleypartners.com, ctm611@msn.com, andysmarick@gmail.com, asmarick@manhattan.institute, efish@sandyspringbank.com

Date: 2025-4-15 1:05:51

Att:  Outlook-puuylxww.png                                   Download

---

Dear Dr. Wilkerson,

I am surprised by your email.

Are you asking me to contact the Jason Casares who has a record of sexual violence? I did file a complaint with OIE but the staff there are extremely problematic.

My complaint about academic misconduct was addressed to the Board of Regents and the USM Hotline. The people you mentioned in your email - provost, dean - are involved and cannot be trusted to take correct action.

Are you telling me that the Board of Regents will not do anything to help me? I want to know that clearly.

Sincerely,

Cui Fang

At 2025-04-14 22:33:07, "Denise Wilkerson" <dwilkerson@usmd.edu> wrote:

Dear Professor Fang,

I am writing to confirm receipt of your email communication to members of the Board of Regents. After reading your email, I must refer you to the university for resolution.

Issues related to Title IX should be brought to the university's Office of Equity and Inclusion. Please contact Mr. Jason Casares, Assistant Vice President for the Office of Institutional Equity (OIE). His email address is jacasares@umes.edu.

The issues you raised related to academics should be brought to the attention of the dean. If you do not feel comfortable doing so, we can notify the provost of the issues raised in your email. Ultimately, however, the university will need to address the matter.

Please advise.

Denise

Denise R. Wilkerson
Chief of Staff to the Chancellor
University System of Maryland
dwilkerson@usmd.edu

Adelphi Office:
3300 Metzerott Road, Adelphi, MD 20783-1690
Phone: (301) 445-1906 / Fax: (301) 445-1931
Baltimore Office:

701 E. Pratt Street, Baltimore, MD

Phone: 410 576-5734 / Fax: 410-576-5731

 **UNIVERSITY SYSTEM** *of* **MARYLAND**