# EXHIBIT 8

**ATTN: HOTLINE Referral Number: 625**

"房萃" <catherinefangcui@163.com>

To: reportfraud@usmd.edu

Date: 2025-3-25 5:53:47

Att: Fang, Cui-Formal Complaint Letter to Regents.pdf     Download

---

Dear University System of Maryland,

I am writing to formally submit a complaint regarding serious and ongoing issues of **retaliation, bullying, discriminatory treatment, and academic misconduct** by my department chair at the University of Maryland Eastern Shore following my legally protected parental leave.

As a dedicated faculty member, I believe it is important to bring these concerns to your attention not only to seek fair treatment, but also to uphold the academic and ethical standards of the University System of Maryland.

Please find my signed complaint letter attached to this email. I welcome the opportunity to provide additional documentation or participate in further discussions, should it be helpful.

Thank you for your time and consideration.

Sincerely,

**Cui Fang**

Lecturer

Department of Computer Science and Engineering Technology

University of Maryland Eastern Shore

Email: catherinefangcui@163.com