**Undeliverable: ATTN: HOTLINE Referral Number: 625**

postmaster@usmh.usmd.edu

To: catherinefangcui@163.com
Date: 2025-3-25 5:54:09
Att: ATT00003.bin — Download
ATTN_ HOTLINE Referral Number_ 625.eml — Download
Package download

# EXHIBIT 9

**Delivery has failed to these recipients or groups:**

reportfraud@usmd.edu

The email address you entered couldn't be found. Please check the recipient's email address and try to resend the message. If the problem continues, please contact your helpdesk.

The following organization rejected your message: usmh11.usmd.edu.

**Diagnostic information for administrators:**

Generating server: EXCHMBX2.elkins.usmd.edu

reportfraud@usmd.edu
usmh11.usmd.edu
Remote Server returned '550 5.1.1 <reportfraud@usmd.edu>... User unknown'

Original message headers:

```
Received: from EXCHMBX2.elkins.usmd.edu (2002:8376:2f9::8376:2f9) by
 EXCHMBX2.elkins.usmd.edu (2002:8376:2f9::8376:2f9) with Microsoft SMTP Server
 (TLS) id 15.0.1497.48; Mon, 24 Mar 2025 17:54:01 -0400
Received: from NAM11-DM6-obe.outbound.protection.outlook.com (104.47.57.173)
 by EXCHMBX2.elkins.usmd.edu (131.118.2.249) with Microsoft SMTP Server (TLS)
 id 15.0.1497.48 via Frontend Transport; Mon, 24 Mar 2025 17:54:01 -0400
ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;
 b=hG1tWq279CYNwwjVnI0lJa5cbCAjYMvRkrsWZiGzQfbbYgLOkYowCr+/wj4h73v/XKNJK+kzTFNgkvXMenbm9kwYr4JcJS4w0NMkkKTrXiqYXSwuWto597ck8T5BUdf4oF+2abBs7rUaTMjDs9nB3KIM4CgD3SIAv3yq7XmKw2GyLZh26JcAHYHomcrQ1c8Mze0qwjx(
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-MessageData-ChunkCount:X-MS-Exchange-AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-MessageData-1;
 bh=FVq3dHqfplNuihk8X4TDxkcsoCUMhb4C2VMfQTaBNao=;
 b=HUkmwyczqTfXBKt1WFCs1FXXeNr/0qLLxvBgQV33+BVEPvBhsNLpvQypZI98cdaIdCbKZQk0ESALL+jK0vUHe4OMNNRWR+4nY0TvMW0UNZo8QVIUXYp7LZ513wHHd2Z6FuEPB0xM4GPy5N1Mib1xchCpxLkRlfZM118ZAxAQztRR+G7/4oLjblhV32Nd8+Hr4k90jzA:
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass (sender ip is
 220.197.31.5) smtp.rcpttodomain=usmd.edu smtp.mailfrom=163.com; dmarc=pass
 (p=none sp=none pct=100) action=none header.from=163.com; dkim=pass
 (signature was verified) header.d=163.com; arc=none (0)
Received: from SA9PR13CA0163.namprd13.prod.outlook.com (2603:10b6:806:28::18)
 by CH4PR22MB5898.namprd22.prod.outlook.com (2603:10b6:610:232::18) with
 Microsoft SMTP Server (version=TLS1_2,
```

```
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.8583.24; Mon, 24 Mar
 2025 21:53:52 +0000
Received: from SN1PEPF00036F43.namprd05.prod.outlook.com
 (2603:10b6:806:28:cafe::d8) by SA9PR13CA0163.outlook.office365.com
 (2603:10b6:806:28::18) with Microsoft SMTP Server (version=TLS1_3,
 cipher=TLS_AES_256_GCM_SHA384) id 15.20.8534.42 via Frontend Transport; Mon,
 24 Mar 2025 21:53:51 +0000
Authentication-Results: spf=pass (sender IP is 220.197.31.5)
 smtp.mailfrom=163.com; dkim=pass (signature was verified)
 header.d=163.com;dmarc=pass action=none header.from=163.com;compauth=pass
 reason=100
Received-SPF: Pass (protection.outlook.com: domain of 163.com designates
 220.197.31.5 as permitted sender) receiver=protection.outlook.com;
 client-ip=220.197.31.5; helo=m16.mail.163.com; pr=C
Received: from m16.mail.163.com (220.197.31.5) by
 SN1PEPF00036F43.mail.protection.outlook.com (10.167.248.27) with Microsoft
 SMTP Server id 15.20.8534.20 via Frontend Transport; Mon, 24 Mar 2025
 21:53:50 +0000
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=163.com;
        s=s110527; h=Date:From:Subject:Content-Type:MIME-Version:
        Message-ID; bh=FVq3dHqfplNuihk8X4TDxkcsoCUMhb4C2VMfQTaBNao=; b=k
        Gsw2iprwuB5INLONd9HlP/tP65jeRgni3dFwLeFaMtTVr1+CYIsbZXG9rdwDMYul
        3gnevPXQghuGDRMep0Kjvw/H2+jsdUGv1MsrYEptnLeioI93KSTdgcZ/hE6LzaUT
        LUChF4SIHjulFKL6bhDEf7iqFgEwwk4bun9KRjS/QU=
Received: from catherinefangcui$163.com ( [73.191.28.241] ) by
 ajax-webmail-wmsvr-40-148 (Coremail) ; Tue, 25 Mar 2025 05:53:47 +0800
 (CST)
X-Originating-IP: [73.191.28.241]
Date: Tue, 25 Mar 2025 05:53:47 +0800
From: =?GBK?B?t7/dzQ==?= <catherinefangcui@163.com>
To: <reportfraud@usmd.edu>
Subject: ATTN: HOTLINE Referral Number: 625
X-Priority: 3
X-Mailer: Coremail Webmail Server Version XT5.0.14 build 20240801(9da12a7b)
 Copyright (c) 2002-2025 www.mailtech.cn 163com
X-CM-CTRLMSGS: /mG+VnRyYWNlS2V5PXByZV8wZWZkNmFmZTU1NDQ5Mzg1ZmMzZDI4YmQ4NmI1N
 jE5Nw==
X-NTES-SC: AL_Qu2fAPSevEop4SieY+kZkkkWhOs8Xcu3v/4n2oNXPp80uSbdwCEHQ3B6Hn3U7c0QDwqSvxe9chxf2MJ8ZptcUbKM4+uXL8r6AjmdFfvHngqC
Content-Type: multipart/mixed;
        boundary="----=_Part_538_1562135296.1742853227878"
MIME-Version: 1.0
Message-ID: <2d1da9ff.93.195ca25c567.Coremail.catherinefangcui@163.com>
X-Coremail-Locale: zh_CN
X-CM-TRANSID: lCgvCgD3_1Vs1OFn4UGEAA--.50096W
X-CM-SenderInfo: xfdwxvpulqvw5dqju3rl6rljoofrz/1tbiExkap2fhzhYxnwADsE
X-Coremail-Antispam: 1U5529EdanIXcx71UUUUU7vcSsGvfC2KfnxnUU==
Return-Path: catherinefangcui@163.com
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: f97434af-9709-44e2-8468-022ab4af4b34:0
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic: SN1PEPF00036F43:EE_|CH4PR22MB5898:EE_
X-MS-Office365-Filtering-Correlation-Id: 156c230c-5619-4171-aca1-08dd6b1e5d00
X-MS-Exchange-AtpMessageProperties: SA|SL
X-Microsoft-Antispam: BCL:0;ARA:13230040|7093399015|69100299015|4076899003|8096899003|4053099003;
X-Microsoft-Antispam-Message-Info: =?gb2312?B?UDJwRHgyMG5kZ1ZHTzRhcVRlaHpMWFN3cUNuNmpnQ0tFOHJuVkwwc2dvZkJo?=
```

=?gb2312?B?Z2MyeFdGRkhsRGhxUTNTRCt2Nk9wUlVpV1hyS2RNdmsyUXVML3ZZWS9oNWEr?=
=?gb2312?B?dVAxVjd3TFBYOE53Y0ZYOHdvclpaUHFhTVlyVC9DMWtPNFZEMmhjUmtUbEdP?=
=?gb2312?B?VG16OVBXS2Y3aUNyaEYrRjBLWUFIcW80ZDRwZFo3UHRMNlpReERLVGttOUFk?=
=?gb2312?B?VkFibC9kNlRCa2ZoRzV4WFdtZDJaMDlpTUp2YWFydVIreEdsbDlsWlBPNGxt?=
=?gb2312?B?Si9iSGVBM0tha1BmMGFEWFU1UTVmaCtKZXFqWENGSHN2dS9aRDM3NGdZUEJN?=
=?gb2312?B?ZFB5ZGtsODhVMFMvNXF1UkRKb2dXTUh1RVlCUHRTa2w4R3lYOWVaMkdQOHVS?=
=?gb2312?B?a0VEeENEbVhMcXFoQnpsV1RQL0dkTjMzbmVDNFVBWjkzMnhaMlJIK3lqQ2xQ?=
=?gb2312?B?dUExQ2dmQ2Y1VGJiM1AzR0lMNGJKaklyZmZwbzR0a0UwZUR1T0R2Tkw4czRF?=
=?gb2312?B?emRhWmlLTFpnVi9HTXpGT2NOU1phankvdTNZMzJoMHZtNGtQR0VORGlqbStB?=
=?gb2312?B?UzlGbjdnbCtzQWFlZFo3WEJOQzRIek9tNUkwaHIwQzJPUEFjSkUzVVVzc0Vj?=
=?gb2312?B?NjRpMVdwT2U5Wk01Y2VrYVFncHFTc2wza1Y2QzkxU0NyVnp3M0V6MTg0Y2xS?=
=?gb2312?B?U3MrR1lhdGpOc2xFNG1DNEU0cHVxZ0ZVclZkKzlrUUxrejRscjQ5STBGcytC?=
=?gb2312?B?V3NzSnFBbXlrUlZGL1hreGN1eUYzc1Bzc3RwTXVrRjVjRGZjdWN4dE1pQlB3?=
=?gb2312?B?Vkk1OGVTaVFRK0Q2V3BUb3lna3plZXV1eEdiK0pDRFlITW1YVy9BclI0ZHZI?=
=?gb2312?B?aGpoaTIxSTkxRmJNb0FPWFZmbkJxcmJpQXo5Y3pCc2tLSnR3MEtFZGNYelV3?=
=?gb2312?B?cVJ5MGRWRFp5anBqM0hGbWgyNTRNT204S3RCWkw0RGErVlJnKzRkUkhVVDdt?=
=?gb2312?B?WmV3UmRmVmxjTlB4cTNHd01pdWRTeWJDY2Q1aC9vbU9uSE5NNTFETlpVWXFZ?=
=?gb2312?B?ZzRXK0M3Rk1SMStwY3B0TTZGMUVlUXRENmlhQUw2YzMwSzdVL0VaQkhnYS9q?=
=?gb2312?B?YVdhem1qd0xMdkZrWUZxOVNHRUdwcllHc2lNMDkrb0lZNlN2b0UzTGI3d2lq?=
=?gb2312?B?bnFaVTBPajJ0bkFTYWhVaE05MGt4S01HQVJlekNuUXZucHVGdmE2ZHpaRDQ5?=
=?gb2312?B?alcyTlIrSTIyRjBsQWJaRnJrK3gwcUhveDdKQVB0dUNhY3JsayytGNE51SDBl?=
=?gb2312?B?WVp4V2JyQTdwVnQvWXA5b1NraXpaekF2VXY4dG5hoTzFOVGZkMi82UjFsenI0?=
=?gb2312?B?WjAzVVlzT1BpQytEdGN0MVdPVVBlMjV5dmRtMUIzWWNzZzhUaEpDTjgzdWpR?=
=?gb2312?B?emN2ZXpqSFk5dElPeC92SUJYblhnNlJRMXZMRWNDM1V1QXE3bzBBdTVpR0pi?=
=?gb2312?B?Z2tNSzFibE05L0hrR1pSRW5nNFkzZXpzb2ZHbW9RM0tSQUhJeERVERjbkFZ?=
=?gb2312?B?Y0tjc203NFBQRHBTcnhodFdwdkNETnZvVmxRdU9acVBSSDVYbzd4STZmYTNm?=
=?gb2312?B?Z3ZRaEtNQ3F3T2RnY2xGaTdwVm4zcEd5Q3dRMnUxMDRESVdyQUFLeXdJZFhT?=
=?gb2312?B?TW1MK2JsVlRMQUVKcWZlZHNFYm1GT1VJTi9iNitlMHIxWVhNTG5PYlhRZCtx?=
=?gb2312?B?K0JWR3FtRVRsUFFGNVlYK255S2xXd2RlVHQ1MFJtbDNFWWZ3Q21wVjN5aFlO?=
=?gb2312?B?d2xla2Z6Wk5PNkpmVEVjTEpBallxTWVoSlRISFlxL3Mxc3FGMHVuclhSMW90?=
=?gb2312?B?WEV1SmFHZGN6TThmQ1NLKzhJL21ScDhGdEY0VDcxTFJxNGwyRW0vR3lUbjkz?=
=?gb2312?B?aU54ajZqVTFxUWtEQ01ESTNLUWNjKzhHYlFZcEhRUjRHVm5EK1FPaEVtdG5Q?=
=?gb2312?B?MytONGYyM2N5WGhmUXRWdnhHbklxYVVKQmw0QjZJSS92NkxuUU9HazdWVVUv?=
=?gb2312?B?UFVKS2JUSEVSWElwOGYrakxjblh0b1hhbGF0dDIyMWptNENvNVNjTkgwemNl?=
=?gb2312?B?NDM4V1pUZ1p1VmtMZmJ1bnhBTWw0bjNZMHdreVpubDY4dVovNXZ4Q28yQzFC?=
=?gb2312?B?MThiMlJGcnJ6bUdHWHZPUEN6eGJHM2wydlZUZmQ1cHhtTEFDS0kwT1hJSkcz?=
=?gb2312?B?ZEtuckIwRmh5QWxsQkdVczhoRUppOW9yMHhDaEs2RGtScndpd3F6UVVVRnBC?=
=?gb2312?B?aFVnVi9PenRwNXVBblpJaWJjQUlJcFV0RGdEUUdkZkhmMjZzMFk3WkN5WkVU?=
=?gb2312?B?WEx1VFhLSHZoVWMrSmFya21Sbm5RWml2VXUza2tBcjRLbkYrWXBoVlhKenh3?=
=?gb2312?B?c3dRT25BSEZJNTEvbkGQvS1lKcXZyWUZqUkthQ2RsR2RSVG50U25vQ01XVW5D?=
=?gb2312?B?aUtGT0loQW90clpGclZQd1RmMlRlWEFNc3R6K2hOTVZVQVTJUMERZRXRLNWd4?=
=?gb2312?B?MXlzc1hzWHRBL2ZLcWpTclEvWTBYcEg5Q3RkTnlLVk5nN3gveHI0Si8zNHVQ?=
=?gb2312?B?UEprTGxIMU5uRDNud09MQ2xWWVIvdTd5MjcxNGUxMzB4UkQzTGEwL0RMZFNy?=
=?gb2312?B?V0Eya2VDTFR5YnJWbGhkVno4YjNkY3U3UnFEdldFZTFoZ1NIa2xuOGJ4TmZh?=
=?gb2312?B?dHY5Z05KVklGWmp4UGFhby9qQm1VN2JzSHhTakN1K3dZRFh3c29OTVdMMXdq?=
=?gb2312?B?T3FhYmRpeFIxSjBMb2tKTWZhalduTHRRazFlc2JGSFBDNjVla2JxQ1o5Vm1Y?=
=?gb2312?B?K0o0MzlmV2FWcG44S2VjeXFIWXpYL2swUW5YM2NEM2tXcC85UGtPYnN6UUF2?=
=?gb2312?Q?36X9BXrIszGHlkcr?=

X-Forefront-Antispam-Report: CIP:220.197.31.5;CTRY:CN;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:m16.mail.163.com;PTR:m16.mail.163.com;CAT:NONE;SFS:(13230040)(7093399015)(69100299015)(4076899003)(8096899003)
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 24 Mar 2025 21:53:50.1869
 (UTC)
X-MS-Exchange-CrossTenant-Network-Message-Id: 156c230c-5619-4171-aca1-08dd6b1e5d00
X-MS-Exchange-CrossTenant-Id: f97434af-9709-44e2-8468-022ab4af4b34
X-MS-Exchange-CrossTenant-AuthSource: SN1PEPF00036F43.namprd05.prod.outlook.com
X-MS-Exchange-CrossTenant-AuthAs: Anonymous

```
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped: CH4PR22MB5898
X-OrganizationHeadersPreserved: CH4PR22MB5898.namprd22.prod.outlook.com
X-CrossPremisesHeadersPromoted: EXCHMBX2.elkins.usmd.edu
X-CrossPremisesHeadersFiltered: EXCHMBX2.elkins.usmd.edu
X-OriginatorOrg: usmd.edu
X-MS-Exchange-CrossPremises-OriginalArrivalTime: 24 Mar 2025 21:54:01.1654
 (UTC)
X-MS-Exchange-CrossPremises-OriginalServerIPAddress: 131.118.2.249
X-MS-Exchange-CrossPremises-OriginalClientIPAddress: 220.197.31.5
X-MS-Exchange-CrossPremises-TransportTrafficType: Email
X-MS-Exchange-CrossPremises-Antispam-ScanContext: DIR:Incoming;SFV:NSPM;SKIP:0;XPREM:true;
X-MS-Exchange-CrossPremises-SCL: 1
X-MS-Exchange-CrossPremises-Processed-By-Journaling: Journal Agent
X-MS-Exchange-CrossPremises-Cross-Premises-Headers-Promoted: EXCHMBX2.elkins.usmd.edu
X-MS-Exchange-CrossPremises-Cross-Premises-Headers-Processed: EXCHMBX2.elkins.usmd.edu
X-MS-Exchange-CrossPremises-MessageHighPrecisionLatencyInProgress: LSRV=EXCHMBX2.elkins.usmd.edu:TOTAL-FE=0.062|UTH=0.001|SMRPI-FrontendProxyAgent=0.013|SMRPI=0.013|SMR=0.058;2025-03-24T21:54:01.227Z
X-MS-Exchange-CrossPremises-AuthSource:
        SN1PEPF00036F43.namprd05.prod.outlook.com
X-MS-Exchange-CrossPremises-AuthAs: Anonymous
X-MS-Exchange-CrossPremises-OriginatorOrganization: usmd.edu
X-MS-Exchange-CrossPremises-Network-Message-Id:
        65f525fc-e05e-4a04-b79f-08dd6b1e6327
X-MS-Exchange-CrossPremises-OriginalSize: 150799
X-MS-Exchange-CrossPremises-HygienePolicy: Standard
X-MS-Exchange-CrossPremises-MessageLatency:
        SRV=EXCHMBX2.elkins.usmd.edu:TOTAL-FE=0.078|UTH=0.001|SMRPI-FrontendProxyAgent=0.013|SMRPI=0.013|SMR=0.058|SMS=0.016
X-MS-Exchange-CrossPremises-Recipient-Limit-Verified: True
X-MS-Exchange-CrossPremises-Transport-Properties: DeliveryPriority=Normal
X-MS-Exchange-CrossPremises-Prioritization: 1
X-OrganizationHeadersPreserved: EXCHMBX2.elkins.usmd.edu
```