# EXHIBIT 12



Fang, Cui <cfang@umes.edu>

---

## CSD 222 Exam
4 messages

---

**aazemi@umes.edu** <aazemi@umes.edu>  Fri, Feb 9, 2024 at 3:25 PM
To: ▇▇▇▇▇@umes.edu
Cc: "Fang, Cui" <cfang@umes.edu>, "Adrienne C. Lyerly" <aclyerly@umes.edu>

Dear Sandra,

To get credit for CSDP 222, start the "credit by examination" process. This will eventually involve passing an exam for the course. So, start the process by approaching the registrar for the paperwork, and then we can schedule the test for you. Let me know if you have any questions.

**Asad Azemi, Ph.D.**

**Professor and Chair, Computer Science and Engineering Technology Department**

**University of Maryland Eastern Shore**

**UMES** | EASC | 30925 College Backbone Road | Princess Anne, MD 21853

*Phone: 410-651-6422 (CSET Office); 410-621-2961 (Direct)*

*Email: aazemi@umes.edu;*

---

▇▇▇, ▇▇▇▇▇ ▇▇▇▇@umes.edu>  Fri, Feb 9, 2024 at 3:35 PM
To: aazemi@umes.edu
Cc: "Adrienne C. Lyerly" <aclyerly@umes.edu>, "Fang, Cui" <cfang@umes.edu>

Thank you for the information.
[Quoted text hidden]

Case 1:25-cv-02768-ABA    Document 1-15    Filed 08/22/25    Page 2 of 2

**Lyerly, Adrienne** <aclyerly@umes.edu>  Fri, Feb 9, 2024 at 3:41 PM
To: 
Cc: aazemi@umes.edu, "Fang, Cui" <cfang@umes.edu>

A credit by exam form can be picked up at the Registrar's office. I called them and verified that. Thank you

*Adrienne C. Lyerly*
*Administrative Assistant*
*Department of Computer Science and Engineering Technology*
*University of Maryland Eastern Shore*
*Princess Anne MD 21853*
*EASC Room # 2032*
*P: 410-651-6422*
*F: 410-651-7373*
*E: ACLyerly@umes.edu*

[Quoted text hidden]

---

Fri, Feb 9, 2024 at 3:48 PM
To: "Lyerly, Adrienne" <aclyerly@umes.edu>
Cc: "Fang, Cui" <cfang@umes.edu>, aazemi@umes.edu

Thank you, I will do that.
[Quoted text hidden]