# Exhibit 13

**Formal Complaint Letter to Title IX Coordinator**

**Subject:** Allegation of Retaliation, Bullying, Discriminatory Treatment, and Academic Misconduct by Department Chair After Parental Leave

Dear Title IX Coordinator and OIE staff,

I am writing to formally report what I believe to be a pattern of bullying, retaliation, discriminatory behavior, and potential academic misconduct by Dr. Azemi, Chair of the Department of Computer Science and Engineering Technology at the University of Maryland Eastern Shore (UMES), following my legally protected parental leave.

I brought my concerns to Ms. Gertrude Hairston of HR in Spring 2024. I fear that some of Dr. Azemi's actions are retaliation against me for going to Ms. Hairston.

Dr. Azemi behaves extremely rudely and I am very fearful of his hostility during interactions. I request you to give me some support while you conduct an investigation to protect me from further retaliation, harassment, and toxicity at my workplace.

## 1. Retaliation Following Parental Leave

I took a legally approved 12-week parental leave beginning in early 2025. During this period, Dr. Azemi began reassigning my responsibilities and, without discussion or consent, removed me from teaching duties. This occurred despite my continued attempts to clarify work expectations and prepare for my return. Upon return, I found that all my Fall 2025 teaching assignments had been removed, and I was offered only non-instructional tasks, despite the department scheduling over 30 courses.

Furthermore, I was offered three options: (1) continue in a full-time position with primarily staff-like, non-teaching duties, (2) a part-time adjunct role, or (3) no renewal of contract. This abrupt change in direction, made without performance-based justification, directly contradicts my contract as a Lecturer, which defines my role as teaching-focused. It follows a history of unlawful activities by Dr. Azemi and seems to turn me into some sort of secretary rather than an academic.

## 2. History of Discriminatory and Hostile Treatment

- In Fall 2023, Dr. Azemi asked me to upload all teaching materials developed by me for CSDP 221 and CSDP 222 and then unilaterally took over my teaching duties without discussion. He appropriated my intellectual property without my consent and created a hostile environment for me when I tried to teach my own course.
- I was required to collaborate with graduate students on Winter 2024 online course design for CSDP 221/222, where I developed syllabi, quizzes, and exams, but was never compensated for this work.
- During Winter 2024, I was assigned as secondary instructor with a $1500 contract. Despite pointing out students enrolled without prerequisites and academic integrity issues in how the courses were conducted, my concerns were dismissed. This follows a broader pattern of academic misconduct by Dr. Azemi whereby academic standards are deliberately not followed in grading, attendance, and other critical matters.

- In Spring 2024, my section of CSDP 221 was cancelled, and I was reduced to a support role under Dr. Azemi's section, while being asked to follow his material and grading structure, regardless of discrepancies and student confusion.
- Dr. Azemi consistently required me to submit my lecture content and assignments—ranging from C++ to Python courses—for his review and approval. This included weekly meetings where he scrutinized whether my teaching materials met his personal standards. His continuous oversight created an environment of excessive micromanagement that served no clear academic or lawful purpose.

### 3. Questionable Teaching Practices and Student Impact

- Students were given lenient retake policies, open submissions, and unsupervised online exams, resulting in inflated or fake grades. It appears that Dr. Azemi was deliberately encouraging academic misconduct and cheating.
- Several students who failed my rigorously graded CSDP 221 course later received an 'B' or 'A' in Dr. Azemi's online version of the same course. When they enrolled in my CSDP 222 class the following semester, they dropped within two days—choosing instead to wait for the online CSDP 222 course taught by Dr. Azemi. This pattern suggests that students were actively seeking out the easiest possible path to pass, raising serious concerns about long-term learning quality and course integrity.
- While I was asked to stop reviewing flowcharts, students were later assessed on them without sufficient instruction. Over 95% failed those assignments.
- Despite attendance being part of grading policy and the university rules, Dr. Azemi does not enforce the policy.
- Multiple students failed quizzes and exams, yet some were reassured by Dr. Azemi they would pass the course. Dr. Azemi undermined the grading and attendance policies to these students.
- Dr. Azemi himself has loudly proclaimed at public settings that UMES students are not fit to study the discipline when there were discussions about retention - showing the deliberate nature of his actions to violate academic and attendance rules.

### 4. Misuse of Authority and Discrimination

- Dr. Azemi instructed me to begin preparing lectures, homework, and projects for the newly planned Python courses, including CSDP 120 and CSDP 150. At the same time, he directed me to "learn from" a male graduate student who had previously served as a TA in my CSDP 221 and CSDP 222 classes. This directive lacked academic or professional justification and was both inappropriate and dismissive of my qualifications and position as a faculty member. It contributed to a sense of professional humiliation and fostered a hostile working environment.
- He required that I complete and upload all lecture content for CSDP 120 by end of Spring 2024 and for CSDP 150 by end of Summer 2024—even though I will be outside the U.S. during the summer.

- Meanwhile, Fall 2024 course assignments were unclear and unstable. Despite seven students being enrolled in CSDP 221, I was told verbally to prepare Python instead, with no official course assignment.

### 5. Inappropriate Meeting Conduct and Emotional Harm

On March 21, 2025, I attended a meeting I had requested to clarify Spring teaching assignments. To my complete surprise, Ms. Hairston from HR was in the room. I was not told in advance it would be in a conference room or involve Ms. Hairston. The meeting took a confrontational tone and focused on removing my teaching responsibilities. Dr. Azemi's harsh manner caused me to break down in tears.

### 6. Academic Integrity and Misconduct Concerns

- The Winter 2024 online CSDP 221 and CSDP 222 courses lasted only 11 instructional days—an unrealistic period to achieve outcomes comparable to a 14-week regular term. No lectures were delivered by the instructor; instead, all materials were posted on Canvas. Students had no coding assignments, no midterms, and no projects—only open-topic quizzes and final exam. It was like a correspondence course.
- Each quiz allowed two attempts, with the second attempt occurring after students received feedback and suggestions directly from Dr. Azemi. In some cases, when I graded according to the rubric, Dr. Azemi would override my scores and regrade directly to raise student grades.
- In CSDP 490 (Senior Project), Dr. Azemi and I co-supervised students who reused the same group project across two semesters. New students were expected to complete what the previous group had started. Many students plagiarized code from the internet and were unable to answer basic syntax questions during presentations. Their final submissions failed to produce a working database-connected app.
- Despite my concerns and recommendations for low grades based on plagiarism and non-performance, Dr. Azemi awarded nearly all students a grade of B or higher. These are false grades and violate academic rules.
- Sandra Ngante, a student who failed my CSDP 222 course in both Spring and Fall 2023, complained to Dr. Azemi in Spring 2024. Without informing me, he approved her to retake a final exam generated by himself, and later asked me to sign off on changing her grade from F to C. I refused due to lack of justification and documented her poor attendance and performance. Dr. Azemi told me he would "take care of it," and I was later asked to sign a HelloSign request to finalize the grade change, which I declined.
- The hostile actions outlined above are retaliation by Dr. Azemi because I did not cooperate with him in deliberately violating university rules.

### 7. Additional Concerns and Misleading Student Feedback Collection

- On October 23, 2024, Dr. Azemi emailed me, Dr. Lizhou Cao, and Dr. Zobaed requesting names of students with grades below C in our courses to be submitted to Ms. Muna.

- On October 25, I spoke with Dr. Azemi regarding poor student attendance and engagement in CSDP 101. He mentioned that Ms. Muna would call a meeting for underperforming students on October 29. However, he also stated he would not attend due to other obligations.
- On October 30, a student, Maklyah Knight, told me that when she arrived at the meeting location, she was the only one present. She was asked by Ms. Muna to complete a 20-question anonymous survey rating faculty, homework, materials, etc. Dr. Azemi was present in the room but instructed students not to include their names.
- This survey effort was framed as a support meeting for struggling students but instead appears to have been used to collect anonymous evaluations specifically targeting instructors without context or transparency.
- It was a deliberate attempt to coach students into saying negative things against selected faculty that could then be used for Dr. Azemi's nefarious purposes.

**Request for Investigation and Support**

I believe these incidents reflect a pattern of retaliation, gender bias, academic misconduct, and abuse of power. I am requesting a formal Title IX investigation into the conduct of Dr. Azemi regarding:

- Retaliation after my parental leave and report to Ms. Hairston
- Discriminatory reassignment of my duties
- Emotional distress caused by unfair treatment
- Undermining my role and experience as a faculty member
- Unlawful attempt to change my role from academic to secretarial
- Serious breaches of attendance, academic integrity, and grading standards

Thank you for your time and consideration. I am available to provide additional details as necessary.

Sincerely,

Cui Fang
Lecturer, Department of Computer Science and Engineering Technology
University of Maryland Eastern Shore
Email: cfang@umes.edu