# EXHIBIT 14

Outlook

## Re: Follow-Up on Our Meeting – New Contract Responsibilities and Current Assignments

**From** Azemi, Asad <AAzemi@umes.edu>
**Date** Mon 3/24/2025 3:29 PM
**To** Fang, Cui <cfang@umes.edu>
**Cc** Hairston, Gertrude J <gjhairston@umes.edu>

Ms. Fang,

Thank you for the summary. I will send you the final list sometime next week as I am attending a conference away from campus. One point that I need to emphasize is that your job is not remote since the University no longer accepts remote work, and you were hired for face-to-face interactions.

**Asad Azemi, Ph.D.**
**Professor and Chair, Computer Science and Engineering Technology Department**
**University of Maryland Eastern Shore**

**UMES** I EASC I 30925 College Backbone Road I Princess Anne, MD 21853

*Phone: 410-651-6422 (CSET Office); 410-621-2961(Direct)*

*Email: aazemi@umes.edu;*

---

**From:** Fang, Cui <cfang@umes.edu>
**Sent:** Monday, March 24, 2025 2:40:06 PM
**To:** Azemi, Asad <AAzemi@umes.edu>
**Cc:** Hairston, Gertrude J <gjhairston@umes.edu>
**Subject:** Follow-Up on Our Meeting – New Contract Responsibilities and Current Assignments

Dear Dr. Azemi,

I'm writing to gently follow up on our meeting last Friday and to confirm my understanding. As discussed, my upcoming 9-month faculty contract will retain the same title of **"Lecturer"** and continue with my current salary, while transitioning into a new working

direction. The responsibilities outlined include:

- Retention
- Managing teaching assistants (TAs)
- Developing online courses
- Setting up the department catalog
- Backup instructor
- Other assigned by the Department Chair

For the remainder of this semester, I understand that my working assignments will include:

1. Setting up the Canvas common interface in the Canvas sandbox
2. Designing CSDP 120 as a fully online summer course (8–10 weeks), including weekly lectures, 2–3 homework assignments, quizzes, one midterm, and one final exam
3. Participating in the weekly Python meetings each Thursday from 10:00 to 10:30 a.m.
4. Managing TAs and ensuring they submit their weekly reports
5. Working from home with weekly progress updates shared with you

I truly appreciate your time and clarity during the meeting, and I just wanted to check if I have missed anything or misunderstood any part of the discussion. Please let me know if there is anything else I should be aware of. Looking forward to your reply.

Thank you again for your guidance and support.

Warm regards,



Cui Fang
Computer Science
Department of Computer Science and Engineering Technology
University of Maryland Eastern Shore
Princess Anne, MD 21853
Rome: EASC 2100
Email: cfang@umes.edu