

**OFFICE OF INSTITUTIONAL EQUITY AND COMPLIANCE**

EXHIBIT 17)

May 8, 2025

Ms. Cui Fang
Lecturer
Department of Computer Science and Engineering Technology
University of Maryland Eastern Shore
Email: cfang@umes.edu

RE: Response to Request for Interim Measures

Dear Ms. Fang,

You brought forth formal allegations of discrimination and workplace bullying related to Dr. Asad Azemi and we continue to investigate that matter through the Office of Institutional Equity and Compliance. In addition, you requested the following Interim Measures:

- That Dr. Azemi be placed on administrative leave pending the outcome of the OIE investigation.
- That Dr. Azemi be prohibited from contacting or communicating with colleagues within the department during this period.

The rationale you provided was: "Given the seriousness of the case and Dr. Azemi's well-known pattern of toxic and bullying behavior, I believe allowing him to remain on campus is both inappropriate and potentially harmful to others in the workplace."

Following an individualized assessment, your request for the above-mentioned Interim Measures is not supported, at this time, by the rationale and the information you provided related to your past interactions with Dr. Azemi.

Our office presented you with examples of potential behaviors extracted from the applicable policies during meetings on March 27, 2025, and May 1, 2025. The examples you provided to illustrate Dr. Azemi's "hostility" and instances when he "behaved rudely" represent the actual allegations of discrimination that constitute the scope of the formal administrative investigation, and in connection to which determinations will be made at the conclusion of the investigation process. Please be reminded that Interim Measures differ from the relief sought or desired outcomes at the conclusion of the investigation (i.e., restoring your teaching responsibilities, etc.).

In support of your request for the above-mentioned Interim Measures, you did not provide examples of instances or interactions between yourself and Dr. Azemi that were physically threatening and/or intimidating (involving angry outbursts, yelling, screaming, or any other acts of aggression directed at you). You did not provide examples of instances or interactions that you observed between Dr. Azemi and other individuals that were physically threatening and/or intimidating (involving angry outbursts, yelling, screaming, or any other acts of aggression).

If you have any additional information or have questions, please feel free to contact the office to set up another meeting date/time with Alexandra Martin and Camarryn Beale.

Sincerely,

*Jason Casares*

Jason A. Casares
Assistant Vice President for Institutional Equity, Diversity, and Compliance
*Title IX Coordinator, Fair Practices Officer,*
*Equal Employment Opportunity Officer & ADA Coordinator*