# EXHIBIT 18

⊡ Outlook

---

**Re: Preliminary Investigation Report Review - Please Respond**

---

**From**  Beale, Camarryn <ctbeale@umes.edu>
**Date**  Tue 7/15/2025 11:33 AM
**To**    Fang, Cui <cfang@umes.edu>
**Cc**    Ginta Martin, Alexandra F <agmartin1@umes.edu>

Good morning Ms. Fang,

I am following up on our previous e-mail regarding a review of the Preliminary Investigation Report. At this time we are looking at keepikng the process moving, we are offering flexible opportunities to come in office to review the report. Please let us know your availability, based on the dates below:

Monday July 21: 8am-4pm
Tuesday July 22: 8am-4pm
Wednesday July 23: 8am-4pm
Thursday July 24: 8am-4pm

Any questions or concerns, please let us know!

Thank you,
*Camarryn Beale*
Civil Rights & Title IX Case Manager
Office of Institutional Equity & Compliance
University of Maryland Eastern Shore
Early Childhood Research Center, Suite 1129
Princess Anne, MD 21853
E-mail: ctbeale@umes.edu
Phone: 410-651-7210
Pronouns: she, her, hers

**From:** Beale, Camarryn <ctbeale@umes.edu>
**Sent:** Wednesday, July 9, 2025 3:38 PM
**To:** Fang, Cui <cfang@umes.edu>
**Cc:** Ginta Martin, Alexandra F <agmartin1 @umes.edu>
**Subject:** Re: Preliminary Investigation Report Review - Please Respond

Good afternoon Ms. Fang,

Thank you for letting us know. I will follow back up with you next week regarding your availability.

Thank you,
*Camarryn Beale*
Civil Rights & Title IX Case Manager
Office of Institutional Equity & Compliance
University of Maryland Eastern Shore
Early Childhood Research Center, Suite 1129
Princess Anne, MD 21853
E-mail: ctbeale@umes.edu
Phone: 410-651-7210
Pronouns: she, her, hers

**From:** Fang, Cui <cfang@umes.edu>
**Sent:** Wednesday, July 9, 2025 2:43 PM
**To:** Beale, Camarryn <ctbeale@umes.edu>
**Cc:** Ginta Martin, Alexandra F <agmartin1@umes.edu>
**Subject:** Re: Preliminary Investigation Report Review - Please Respond

Good afternoon Ms. Beale,

I wanted to let you know that due to some unexpected family responsibilities, I will need to be out of town starting later today and will be unable to attend our scheduled meeting tomorrow afternoon (July 10).

I expect to return after next Thursday and should be available to meet sometime after that, depending on how my family situation settles. Please let me know what dates and times might work best for you so we can reschedule at your convenience.

Thank you very much for your understanding and flexibility.

Best regards,



Cui Fang
Computer Science
Department of Computer Science and Engineering Technology
University of Maryland Eastern Shore
Princess Anne, MD 21853
Rome: EASC 2100
Email: cfang@umes.edu

**From:** Beale, Camarryn <ctbeale@umes.edu>
**Sent:** Monday, July 7, 2025 1:16 PM

**To:** Fang, Cui <cfang@umes.edu>
**Cc:** Ginta Martin, Alexandra F <agmartin1@umes.edu>
**Subject:** Re: Preliminary Investigation Report Review - Please Respond

Thank you for getting back to us. No forms need to be completed beforehand. We will see you on Thursday at 3PM. I will send you a calendar invite in just a few minutes.

Thank you,
*Camarryn Beale*
Civil Rights & Title IX Case Manager
Office of Institutional Equity & Compliance
University of Maryland Eastern Shore
Early Childhood Research Center, Suite 1129
Princess Anne, MD 21853
E-mail: ctbeale@umes.edu
Phone: 410-651-7210
Pronouns: she, her, hers

**From:** Fang, Cui <cfang@umes.edu>
**Sent:** Monday, July 7, 2025 1:12 PM
**To:** Beale, Camarryn <ctbeale@umes.edu>
**Cc:** Ginta Martin, Alexandra F <agmartin1@umes.edu>
**Subject:** Re: Preliminary Investigation Report Review - Please Respond

Good afternoon Ms. Beale,

Thank you for the clarification. I am available this Thursday, July 10, from 3:00 PM to 4:45 PM to review the Preliminary Investigative Report at your office. Please let me know if this time works for you, or if there are any forms or additional information I should prepare beforehand.

Thank you for your continued assistance.

Best regards,



**UNIVERSITY OF MARYLAND EASTERN SHORE**

Cui Fang
Computer Science
Department of Computer Science and Engineering Technology
University of Maryland Eastern Shore
Princess Anne, MD 21853
Rome: EASC 2100
Email: cfang@umes.edu

---

**From:** Beale, Camarryn <ctbeale@umes.edu>
**Sent:** Monday, July 7, 2025 11:31 AM
**To:** Fang, Cui <cfang@umes.edu>
**Cc:** Ginta Martin, Alexandra F <agmartin1@umes.edu>
**Subject:** Re: Preliminary Investigation Report Review - Please Respond

Hi Ms. Fang,

We do not distribute the Preliminary Investigative Report, as it contains preliminary findings and contested information, to which you and the other Party can provide a response. Therefore, we accommodate the report review in our office, during which you can take notes in order to prepare a response. The Final Investigative Report will be distributed to you and the other Party electronically.

Please indicate what day and time would work best for you. As a reminder we typically allocate two-hour intervals with the option to request additional review time.

Thank you for your continued attention to this matter.

Get Outlook for iOS

**From:** Fang, Cui <cfang@umes.edu>
**Sent:** Friday, July 4, 2025 10:21:59 AM
**To:** Beale, Camarryn <ctbeale@umes.edu>
**Cc:** Ginta Martin, Alexandra F <agmartin1@umes.edu>
**Subject:** Re: Preliminary Investigation Report Review - Please Respond

Good morning Ms. Beale,

Thank you very much for your email and for updating me on the status of the investigation.

I appreciate the opportunity to review the Preliminary Investigative Report. I will need to check my schedule before confirming a specific date and time, and will get back to you shortly with my availability.

In the meantime, I would also like to ask whether it would be possible to review the report in advance, or otherwise to ensure that during our meeting I will have sufficient time to thoroughly read and take detailed notes on the document. If more time is required, I would be glad to arrange a follow-up session.

Thank you again for your continued attention to this matter. I look forward to working with your office to complete this important process.

Best regards,



Cui Fang
Computer Science
Department of Computer Science and Engineering Technology
University of Maryland Eastern Shore
Princess Anne, MD 21853
Rome: EASC 2100
Email: cfang@umes.edu

---

**From:** Beale, Camarryn <ctbeale@umes.edu>
**Sent:** Thursday, July 3, 2025 2:42 PM
**To:** Fang, Cui <cfang@umes.edu>
**Cc:** Ginta Martin, Alexandra F <agmartin1@umes.edu>
**Subject:** Preliminary Investigation Report Review - Please Respond

Good afternoon Ms. Fang,

As you know, the Office of Institutional Equity and Compliance (OIE) has been investigating allegations you brought forth that Dr. Asad Azemi, Chair of the Computer Science and Engineering Technology program, violated the UMES Policy and Procedures Prohibiting Workplace Bullying and the UMES Policy and Procedures Prohibiting Discrimination.

I am writing to update you on the status of this investigation. At this time, the Fair Practices investigation in which you are named as the Complainant is complete, and a Preliminary Investigative Report has been prepared. Per the Policy, *"the report should include a summary of the allegations, evidence reviewed, and witness statements; findings of material facts and an analysis of those facts; and a finding whether a Policy violation occurred."*

You have the opportunity to review, comment on, respond to, or provide additional input based on the information contained in the report. If you would like to do so, kindly let us know what your availability is on **Tuesday, June 8, Wednesday, June 9, and Thursday, June 10, 2025,** so that we may schedule a meeting time with you in person. The meeting will take place in our conference room, and we typically allocate two hours for the review. If you need additional time, we will schedule a second meeting. If those days do not work for you, please advise of some options so that we may locate a mutually convenient one.

Thank you for your continued attention to this matter. As always, should you have any questions or concerns, do not hesitate to contact us.

Take care,
*Camarryn Beale*
Civil Rights & Title IX Case Manager
Office of Institutional Equity & Compliance
University of Maryland Eastern Shore
Early Childhood Research Center, Suite 1129
Princess Anne, MD 21853
E-mail: ctbeale@umes.edu
Phone: 410-651-7210
Pronouns: she, her, hers