

**OFFICE OF INSTITUTIONAL EQUITY AND COMPLIANCE**

# EXHIBIT 19
### INTENT TO APPEAL NOTICE

**NOTE TO APPELLANT:** The notice of appeal must be filed no later than five calendar days after the date the written decision is sent. If an appeal is submitted by either party, the underlying decision and any corresponding sanction will be held in abeyance until final notice of the appeal outcome. During this time, any interim measures in place will remain in effect (e.g., no contact order, no trespass). If no written request for an appeal is received by the University, the sanction(s) and/or any actions imposed will be final and in effect.

The form must be completed and returned to the University along with a written brief stating the grounds for the appeal. Again, failure to appeal within the allotted time, specifically **five (5) business days** of the date of the OIE notice of finding, will render the original decision final and conclusive.

*(Please Print or Type)*

Name: Cui Fang

Student/Employee I.D. Number: 1251511

Date of Appeal Submission: Aug 8, 2025

**Check one or both of the following:**

*I wish to appeal the findings* [✓]
*I wish to appeal the sanction(s)* [✓]

**The grounds for appeal are [Check all that apply]:**

[✓] A flaw or denial of due process rights:

[✓] New evidence or insufficient consideration of all aspects of the situation:

[✓] Evident bias in the investigation:

Signature: *[signed]*         Date: 8/8/2025

Phone No.: (410)621-2996

**Please Attach Written Brief to Support Your Appeal to this Form**

University of Maryland Eastern Shore • Early Childhood Research Bldg Suite 1129 • Princess Anne, Maryland 21853 Tel: (410) 651-6135 • Fax: (410) 651-6545