# EXHIBIT 22

## UNIVERSITY OF MARYLAND EASTERN SHORE
Office of the President

John T. Williams Hall
Suite 2107
Princess Anne, MD 21853-1299

Office Telephone: (410) 651-6101
Campus: (410) 651-2200
Fac: (410) 651-6300

August 19, 2025

Ms. Cui Fang
1204 Emerson Ave.
Salisbury, MD 21801

Dear Ms. Fang,

Pursuant to the USM Board of Regents Policy II-1.00- Policy on Appointment, Rank, and Tenure of Faculty, you are hereby notified that your employment as a Lecturer with the University will end November 21, 2025 in accordance with the policy.

For the period August 10, 2025 through November 21, 2025 you will be paid bi-weekly at the salary rate of $61,744.56, which is inclusive of a 1% Cost of Living Adjustment (COLA). During this period, you will be on paid administrative leave and will not perform any duties on behalf of the department. Additionally, you must complete the Clearance Procedures Form which is attached, and your personal belongings must be removed from the Engineering and Aviation Sciences Complex, room 2100, before Thursday, August 21, 2025.

Thank you for your service to the University of Maryland Eastern Shore, and the department specifically. We wish you well in all of your future endeavors.

Sincerely,

Heidi M. Anderson, Ph.D.
President

CC:
Provost & Vice President for Academic Affairs Vice
President for Administration & Finance
Office of the General Counsel
Office of Human Resources Management
Department of Computer Science and Engineering Technology