**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

**CUI FANG**
**Plaintiff**
v.

**HEIDI M. ANDERSON**
**RONDALL ALLEN**
**ASAD AZEMI**
**JASON CASARES**
**ALEXANDRA GINTA MARTIN**
**JAY PERMAN**
**MATTHEW A. TAYLOR**
**UNIVERSITY OF MARYLAND EASTERN SHORE**
**UNIVERSITY SYSTEM OF MARYLAND**
**Defendants**

**Case No. 1:25-CV-2768-ABA**

_____

### Plaintiff's Rule 41 Notice of Dismissal

Under the Federal Rules of Civil Procedure Rule 41, the Plaintiff Cui Fang, dismisses the Defendants in this matter, **WITHOUT PREJUDICE**, with each party to bear their own costs and attorney's fees.

Respectfully submitted,

Cui Fang

6th March 2026

catherinefangcui@gmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March 2026 a copy of the foregoing was served via the Court's CM/ECF system on all parties of record in this matter.

Cui Fang

Plaintiff